```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8
                       CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  ARTHUR MARTINEZ,                  ) Case No. CV 06-7131-DDP(RC)
                                      )
12                 Petitioner,        )
                                      ) ORDER ADOPTING REPORT AND
13  vs.                               ) RECOMMENDATION OF UNITED STATES
                                      ) MAGISTRATE JUDGE
14  JOHN MARSHALL, WARDEN,            )
                                      )
15                 Respondent.        )
    _____    )
16
17       Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
18  petition and other papers along with the attached Report and
19  Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
20  as well as respondent's Objections, and has made a de novo
21  determination.
22
23       IT IS ORDERED that (1) the Report and Recommendation is
24  approved and adopted; (2) the Report and Recommendation is adopted
25  as the findings of fact and conclusions of law herein; (3) the Court
26  determines petitioner was denied due process of law when the
27  Governor reversed the Board's 2004 grant of parole to him without
28  "some evidence" in the record; (4) the Court determines the
```

1  California Supreme Court's decision determining the Governor's
2  reversal of petitioner's 2004 grant of parole did not deny
3  petitioner due process of law was an unreasonable application of
4  federal law, and Judgment shall be entered granting the petition for
5  writ of habeas corpus; and (5) the Board's 2004 grant of parole to
6  petitioner is reinstated, the California Department of Corrections
7  and Rehabilitation shall credit the time petitioner was incarcerated
8  beyond his 2004 release date towards petitioner's parole period, and
9  Judgment shall be entered accordingly.

11     IT IS FURTHER ORDERED that the Clerk shall serve copies of
12 this Order, the Magistrate Judgment's Report and Recommendation
13 and Judgment by the United State mail on petitioner.

15 DATED: _May 11, 2010_

                              _____
                                   DEAN D. PREGERSON
                              UNITED STATES DISTRICT JUDGE

19 R&Rs\06-7131.ADO
   11/20/09