UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MARTINEZ, | ) Case No. CV 06-7131-DDP(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| JOHN MARSHALL, WARDEN, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the petition for writ of habeas corpus IS GRANTED.

IT IS FURTHER ADJUDGED that the 2004 parole date set by the Board of Prison Terms shall be reinstated, and the California Department of Corrections and Rehabilitation shall credit the time petitioner was incarcerated beyond his 2004 release date towards petitioner's parole period.

DATED: _May 11, 2010__

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

R&Rs\06-7131.JUD
10/28/09