UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MARTINEZ,<br><br>        Petitioner,<br><br>  v.<br><br>JOHN MARSHALL,<br><br>        Respondent. | No. CV 06-7131 DDP (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 12, 2013

                                          DEAN D. PREGERSON<br>                                          United States District Judge